AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA14,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MANDAP, an individual; ANNA WILLIAMS aka ANNA MANDAP, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01562-KAW<br><br>Magistrate Judge Kandis A. Westmore<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF THE BANK OF NEW YORK MELLON'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>[Filed concurrently with Request]<br><br>**CMC:**<br>**Date:** **February 19, 2019**<br>**Time:** **1:30 p.m.**<br>**Ctrm:** **4**<br>**Place:** **1301 Clay Street, Ste. 400S**<br>**Oakland, California 94612**<br><br>Complaint filed: March 12, 2018 |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA14, Mortgage Pass-Through Certificates, Series 2006-OA14 (**BoNYM**) motion to appear telephonically at the further case management conference on February 19, 2019 at 1:30 p.m. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall – a paid, private service – in advance of the hearing date.

**IT IS SO ORDERED**.

Dated: 2/5/2019

By: *Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrage Judge