ANTHONY F. VENTURA, ESQ., SBN 191107
*aventura@venturahersey.com*
ALEXANDRIA C. KAVALARIS, ESQ., 273522
*akavalaris@venturahersey.com*
VENTURA HERSEY & MULLER LLP
160 West Santa Clara Street, Suite 1575
San Jose, California 95113
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Attorneys for Defendant Martin Mandap
and Defendant Anna Williams aka Anna Mandap,
individuals.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA14;<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN MANDAP, an individual; ANNA WILLIAMS aka ANNA MANDAP, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No. 18-cv-1562 KAW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT MARTIN MANDAP AND DEFENDANT ANNA WILLIAMS'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>**[Filed Concurrently With Request]**<br><br><u>CMC:</u><br>Date: **February 19, 2019**<br>Time: **1:30 p.m.**<br>Ctrm: **4**<br>Place: **1301 Clay Street, Ste. 400**<br>**Oakland, California 94612**<br><br>Complaint filed: March 12, 2018 |

Defendant Martin Mandap and Defendant Anna Williams's motion to appear telephonically at the further case management conference on February 19, 2019 at 1:30 p.m. is GRANTED.

//

//

//

-1-

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at http://cand.uscourts.gov/kaworders.  This includes personally arranging the telephonic appearance with CourtCall – a paid, private service – in advance of the hearing date.

**IT IS SO ORDERED.**

Dated:   2/5/2019

By: *Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge